UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - CIVIL GENERAL

CASE NO. 8:12-CV-1419-T-17TGW        DATE: JULY 31, 2012

TITLE: MALIBU MEDIA, LLC -v- JOHN DOES 1-18.

TIME: 2:39 -3:37

Honorable THOMAS G. WILSON

| | |
|---|---|
| Tape: Digital | Courtroom 12A |
| Court Reporter: | Deputy Clerk: Carrie Williams |

Attorney for Plaintiff
M. Keith Lipscomb

**PROCEEDING:** M/SERVE 3rd PARTY SUBPOENA

Court convened; court discuss procedure in similar cases; handling identity of misnamed individuals discussed; plaintiff to file notice of standard script; order to follow.