**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
|     Plaintiff, ) | Case No: 8:12-cv-01419-EAK-TGW |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-18, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

**NOTICE OF FILING PLAINTIFF'S STANDARD INTRODUCTORY
STATEMENTS TO A JOHN DOE**

PLEASE TAKE NOTICE that when a John Doe Defendant calls undersigned's office to discuss a BitTorrent copyright infringement case, Lipscomb, Eisenberg & Baker, PL's ("LEB") staff has been informed to work into the beginning of a conversation:

> You have the right to obtain legal counsel to represent you in this matter and anything said or provided by you can and likely will be used against you in this proceeding. If you do not want us to contact you, you may email copyright@lebfirm.com stating "Please do not contact me again." But, please know the next step for us following any such email may be for us to file a notice indicating that we intend to name you in a federal court copyright litigation, and thereafter to do so. With that being said, would like to speak with us?

To further explain, the above script is used when John Doe Defendants call LEB, which often occurs prior to the John Doe Defendants' Internet Service Providers ("ISPs") producing their identifying information to LEB. Defendants obtain LEB's contact information from the notice sent to them by their ISPs. This script is not used when an attorney calls in response to an ISP notice.

Once Plaintiff obtains the John Doe Defendants' identities from their respective ISPs, Plaintiff's litigation support personnel call the John Doe Defendants directly. The script used by them is:

In response to a subpoena served on it, your Internet Service Provider identified you as a John Doe Defendant in a Federal Court copyright infringement case in which we allege that you used your internet to distribute our copyrighted work. You have the right to obtain legal counsel to represent you in this matter and anything said or provided by you can and likely will be used against you in this proceeding. If you do not want us to contact you, you may email copyright@lebfirm.com stating "Please do not contact me again."

Going forward, prior to calling the Doe Defendants, undersigned intends to send them a letter which contains the above language.

Dated:  August 2, 2012

Respectfully submitted,

By:  /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*